#7228

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

IN RE:                                                BK NO. 04-23338

DANIEL J & DONNA L FERGUSON
    Debtor(s)
-----------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    Verizon
    140 West Street  Lobby 1
    New York NY  10007-2123

2. Your Trustee's check for $31.41, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.


Dated: May 25, 2010
      Rochester, NY
                                /s/_____
                                  GEORGE M. REIBER, TRUSTEE



FILED
MAY 27 2010
BANKRUPTCY COURT
ROCHESTER, NY